UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RHONDA HOSEY, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION H-13-02573 |
| § | |
| NETWORK FUNDING, LP, *et al.*, § | |
| § | |
| *Defendants*. § | |

**FINAL JUDGMENT**

Pursuant to the court's order of dismissal issued this day, the court enters **JUDGMENT** for defendants on all of plaintiff Rhonda Hosey's ("Hosey") claims. Hosey's claims are **DISMISSED WITH PREJUDICE**.

This is a **FINAL JUDGMENT**.

Signed at Houston, Texas on November 8, 2013.

_____
Gray H. Miller
United States District Judge